### MICHAEL PETOSA v. JACQUELINE J. SLAMON (8778)

DALY, O'CONNELL and CRETELLA, Js.

Argued November 9—decision released November 14, 1990

*Michael A. Peck,* with whom, on the brief, was *Robert Shluger,* for the appellant (plaintiff).

*Helen R. Kone,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.